UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SIFANDROS CARRIER LTD.,

                        Plaintiff,

- against -

LMJ INTERNATIONAL LTD. a/k/a
LMJ INTERNATIONAL LIMITED a/k/a
LMJ INTERNATIONAL a/k/a
L M J INTERNATIONAL,

                        Defendant.
------------------------------------------------------------X

**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are its corporate parent(s) or any publicly held corporation(s) that own(s) 10% or more of its stock: None.

Dated: July 1, 2008
New York, NY

                        The Plaintiff,
                        SIFANDROS CARRIER LTD.

                        By: _____
                        Kevin J. Lennon
                        Patrick F. Lennon

                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Avenue, Suite 300
                        New York, NY 10170
                        (212) 490-6050 - phone
                        (212) 490-6070 - fax
                        kjl@lenmur.com
                        pfl@lenmur.com