RECEIVED JUL 7 2008 CHAMBERS OF RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SIFANDROS CARRIER LTD.,

          Plaintiff,

- against -

LMJ INTERNATIONAL LTD. a/k/a
LMJ INTERNATIONAL LIMITED a/k/a
LMJ INTERNATIONAL a/k/a
L M J INTERNATIONAL,
          Defendant.
------------------------------------------------------------X

ECF CASE

08 Civ. 5999 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

### STIPULATION AND ORDER OF SUBSTITUTION OF ATTORNEY OF RECORD FOR PLAINTIFF

WHEREAS, on July 1, 2008, the firm of Lennon, Murphy & Lennon, LLC filed this action and appeared as attorney of record on behalf of plaintiff SIFANDROS CARRIER LTD. ("SIFANDROS");

WHEREAS, as from July 3, 2008, plaintiff SIFANDROS desires to have the firm of Lyons & Flood, LLP represent it in this action;

IT IS HEREBY AGREED by the plaintiff in this action by and through its undersigned attorneys that as from July 7, 2008, the firm of Lyons & Flood, LLP is substituted as attorney of record in place of the firm of Lennon, Murphy & Lennon, LLC for the plaintiff SIFANDROS in this action.

Dated: New York, New York
       July 3, 2008

| | |
|---|---|
| LYONS & FLOOD, LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>Kirk M. Lyons (KL-1568)<br>65 West 36th Street, 7th Floor<br>New York, NY 10018<br>(212) 594-2400 | LENNON, MURPHY & LENNON, LLC<br>Attorneys for Plaintiff<br><br>By: _____<br>Kevin J. Lennon (KL-5072)<br>420 Lexington Avenue, Suite 300<br>New York, NY 10170<br>(212) 490-6050 |

SO ORDERED:

_____
U.S.D.J.
7/11/08

U:\kmh\docs\2651002\substitution of counsel.doc

- 2 -