CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SIFANDROS CARRIER LTD.,                                    :
                                                           :
                                                           :
                              Plaintiff,                   :     08-CV-5999
                                                           :
       v.                                                  :     **NOTICE OF**
                                                           :     **APPEARANCE**
LMJ INTERNATIONAL LTD a/k/a LMJ                            :
INTERNATIONAL LIMITED a/k/a LMJ                            :
INTERNATIONAL a/k/a L M J                                  :
INTERNATIONAL                                              :
                              Defendants.                  :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 29, 2008

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch

                              By:       _____
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ 07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201
                                        Email: reisert@navlaw.com